Same case below, 373 Fed. Appx. 718.

Same case below, 362 Fed. Appx. 863.

**No. 10-5316. Gregory Ramirez, Petitioner v. V. M. Almager, Warden.**

562 U.S. 915, 131 S. Ct. 276, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 6854.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5317. Herbert F. Young, Petitioner v. United States District Court for the District of Columbia.**

562 U.S. 915, 131 S. Ct. 394, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 7152,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-5318. Edward L. Williams, Petitioner v. United States.**

562 U.S. 915, 131 S. Ct. 276, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 7150.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 988 A.2d 509.

**No. 10-5319. Jason P. Gold, Petitioner v. Linda Schuette.**

562 U.S. 910, 131 S. Ct. 276, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 7103.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5320. Brian Jones, et al., Petitioners v. United States.**

562 U.S. 915, 131 S. Ct. 276, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 6855.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 600 F.3d 847.

**No. 10-5321. George Espinal, Petitioner v. United States.**

562 U.S. 915, 131 S. Ct. 276, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 7075.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5322. Byron Case, Petitioner v. Larry Denny, Warden.**

562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 6909,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5323. Jaime Ernest Moreno, Petitioner v. United States.**

562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 7065.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.